ACCEPTED
03-13-00025-CV
8314371
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 1:16:01 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00025-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 1:16:01 AM
JEFFREY D. KYLE
Clerk

**Jerry Scarbrough,** *et al*
**Appellant**

**v.**

**Helen Purser,** *et al.*
**Appellee**

---

## On Appeal from the 146th Judicial District Court of Bell County, Cause No. 236,117-B

---

## SUGGESTION OF DEATH for MELISSA DEATON,

---

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, Counsel for Melissa Deaton, and informs this Court that Appellant Melissa Deaton, age 50, passed away on December 15, 2015. No estate has yet been opened, but it is presumed that Ms. Deaton would want this appeal continued by her estate to clear her name.

Respectfully submitted,

_____/s/ MB  CHIMENE_____

THE CHIMENE LAW FIRM
Michele Barber Chimene
TBN 04207500
2827 Linkwood Dr.
Houston, TX. 77025
PH 713 474-5538
No fax available
michelec@airmail.net

### CERTIFICATE OF SERVICE

By my electronic signature, the undersigned certifies that she has served a copy of this Motion on Daryl L. Moore, daryl@heightslaw.com, and JoAnn Storey, storeyj@heightslaw.com. via ECF and/or email on this the 21th of December, 2015.

_____/s/  MB CHIMENE_____